IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSAN MORRISON, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:24-cv-1221-X-BN |
| UNIVERSITY OF TEXAS, ET AL., | § § § | |
| Defendants. | § § | |

| | | |
|---|---|---|
| SUSAN MORRISON, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:24-cv-1222-X-BN |
| UNIVERSITY OF TEXAS, ET AL., | § § § | |
| Defendants. | § § | |

**<u>ORDER</u>**

Under Federal Rule of Civil Procedure 42 and Northern District of Texas Local Civil Rule 42.1, the Court finds that the above-captioned cases should be consolidated.

Going forward, all pleadings, motions, or other papers shall be filed in No. 3:24-cv-1221-X-BN and bear only the caption of that case, together with the legend required by Local Civil Rule 42.1.

The consolidated actions are referred to United States Magistrate Judge David L. Horan for pretrial management.

And the Clerk of the Court shall administratively close No. 3:24-cv-1222-X-BN

for statistical purposes.

SO ORDERED.

DATED: 12/12/2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE